

FILED
APR 13 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GONZALO P. CURIEL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA JEAN GAYNOR,<br><br>Defendant. | Case No.:16CR2319-GPC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |

**IT IS HEREBY ORDERED** that the sentencing hearing now scheduled for April 28, 2017, at 8:30 a.m. be continued to **Friday, May 5, 2017, at 8:30 a.m**. **IT IS FURTHER ORDERED** that Ms. Gaynor be released no later than 9:00 a.m. on April 27, 2017 to Kenneth Kendall, who will transport her to her third-party custodian, Robby Franco, so that Ms. Gaynor may attend her mother's funeral. Ms. Gaynor must return and surrender at the WRDF before 9:00 a.m. on April 29, 2017. During her 48 hours of release, all bond conditions previously imposed on April 3, 2017 will remain the same. Additionally, Ms. Gaynor must phone her pretrial services officer on April 27, 2017, April 28, 2017 and April 29, 2017 (before her surrender on that day).

**IT IS SO ORDERED.**

Dated: _04/13/17_      _____
HON. GONZALO P. CURIEL
UNITED STATES DISTRICT JUDGE